# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 16-05816 |
| : | |
| MARIBEL CARRASQUILLO : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

To the Clerk:  Please enter my appearance on behalf of Defendant Maribel Carrasquillo.


December 15, 2016      /s/ Jennifer Schultz, Esq.
Date      Jennifer Schultz, Esq.
     Attorney for Defendant
     Community Legal Services
     1410 W. Erie Ave.
     Philadelphia, PA 19140
     215-227-2420

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 16-05816 |
| | : | |
| MARIBEL CARRASQUILLO | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Jennifer Schultz, Esq., certify that on December 15, 2016, a copy of Defendant's Notice of Appearance and this certificate of service in the above matter was served by electronic means to:

Rebecca Ann Solarz, Esq.
KML Law Group, PC
701 Market Street, Ste. 5000
Philadelphia, PA 19106
rsolarz@kmllawgroup.com


December 15, 2016                           /s/ Jennifer Schultz, Esq.
Date                                                    Jennifer Schultz, Esq.
                                                             Attorney for Defendant
                                                             Community Legal Services
                                                             1410 W. Erie Ave.
                                                             Philadelphia, PA 19140