IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARIBEL CARRASQUILLO | : | |
| | | No. 16-5816 |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on May 24, 2017. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE _JAMES A. BYRNE U.S. COURTHOUSE_, 601 MARKET STREET, PHILADELPHIA, PA 19106.   PLEASE REPORT TO _ROOM 2609_ FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

        Kate Barkman
        Clerk of Court


        By:  s/Joseph B. Walton
        Joseph B. Walton
        Deputy Clerk
        Phone: 267-299-7073

Date:     January 25, 2017

Copies:   Jeff Lucini, Courtroom Deputy to Judge Gerald J. Pappert
          Docket Clerk - Case File

    Counsel:     Rebecca Ann Solarz, Esq.
                Jennifer Schultz, Esq.