# KML LAW GROUP, P.C.

MICHAEL T. MCKEEVER*
LISA A. LEE*
KRISTINA G. MURTHA*
THOMAS I. PULEO
DAVID B. FEIN*
BRIAN C. NICHOLAS*
JAIME R. ACKERMAN*
LAUREN BERSCHLER KARL*
*PA & NJ BAR

ATTORNEYS AT LAW

SUITE 5000
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19106-1532
(215) 627-1322
(866) 413-2311
FAX (215) 627-7734

WWW.KMLLAWGROUP.COM

JILL P. JENKINS*
JOSHUA I. GOLDMAN*
ALYK L. OFLAZIAN*
COLLEEN M. HIRST*
PAUL W. LUONGO*
CAITLIN M. DONNELLY*
VICTORIA W. CHEN*
JOHN GORYL
MATTHEW K. FISSEL*
MICHAEL J. CLARK*
NICHOLAS J. ZABALA*
REBECCA A. SOLARZ*
NORA C. VIGGIANO*
MATTHEW J. MCCLELLAND
DENISE CARLON
CHRISTOPHER FORD

March 23, 2017

Honorable Gerald J. Pappert
United States District Court
Eastern District of Pennsylvania

RE:   UNITED STATES OF AMERICA vs. MARIBEL CARRASQUILLO
      Docket #16-05816

Dear Judge Pappert:

The Defendant was approved for Total and Permanent Discharge on March 7, 2017. Therefore, Plaintiff will voluntarily dismiss their action.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Rebecca A. Solarz, Esq,

cc:   JENNIFER SCHULTZ, ESQ.
      MARIBEL CARRASQUILLO