# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>MARIBEL CARRASQUILLO,<br><br>        *Defendant*. | CIVIL ACTION<br>NO. 16-05816 |

## ORDER

**AND NOW**, this 28th day of March, 2017, upon consideration of Plaintiff's Notice of Voluntary Dismissal (ECF No. 8), it is hereby **ORDERED** that the above-captioned case is **DISMISSED** pursuant to F.R.C.P. 41(a)(1)(A).

                                       BY THE COURT:

                                       ***/s/ Gerald J. Pappert***
                                       GERALD J. PAPPERT, J.